IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

      Plaintiff,

v.                                    CASE NO. 4:16cv665-RH/CAS

JULIE JONES et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 6. The objections are appended to a motion for leave to file them. The magistrate judge has denied the motion for leave. But I have reviewed de novo this issues raised by the objections, to the extent they are comprehensible.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on December 6, 2016.

                                          s/Robert L. Hinkle
                                          United States District Judge